United States Bankruptcy Court
Northern District of California

In re:                                                             Case No. 21-30770-HLB
Westmore Properties LLC                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                           User: admin                                Page 1 of 1
Date Rcvd: Jan 18, 2022                     Form ID: FIND                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Westmore Properties LLC, P. O. Box 509, San Geronimo, CA 94963-0509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022                          Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathy Quon Bryant | on behalf of Interested Party Carol Helzberg kquonbryant@mlg-pc.com |
| Merle C. Meyers | on behalf of Interested Party Carol Helzberg mmeyers@mlg-pc.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Ruth Elin Auerbach | on behalf of Debtor Westmore Properties LLC attorneyruth@sbcglobal.net |
| Timothy W. Hoffman | twh1761@yahoo.com ca73@ecfcbis.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Westmore Properties LLC | Case No.: 21−30770 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Timothy W. Hoffman is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: <u>1/18/22</u>　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　Hannah L. Blumenstiel
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge