Steven M. Olson, Esq. (SB No. 146120)
Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: steve@bfolegal.com

Attorney for Timothy W. Hoffman, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

WESTMORE PROPERTIES, LLC,

    Debtor.
_____/

Case No. 21-30770-HLB
(Chapter 7)

**EX PARTE APPLICATION TO VACATE FINAL DECREE,
AND DECLARATION IN SUPPORT THEREOF**

    Timothy W. Hoffman, Chapter 7 trustee (the "Trustee") for the estate of Westmore Properties, LLC (the "Debtor"), shows as follows:

    1.    The Debtor filed a Voluntary Petition for relief under Chapter 7 on November 22, 2021. The Trustee has been appointed Chapter 7 trustee for the Debtor's estate.

    2.    The meeting of creditors was scheduled for January 6, 2022. On January 4, 2022, the Debtor filed an amended Statement of Financial Affairs (Docket No. 9). The amended Statement of Financial Affairs included the following changes:

    a.    $26,400 of 2019 income was removed from item 1.

    b.    A $10,000 payment to Meyers Law Group on November 8, 2021, was added to item 11, with a notation the payment was returned to the debtor on November 12, 2021.

    c.    Staging furniture stored off premises was added to item 20.

    3.    The meeting of creditors was held and concluded on January 6, 2022. No corrections or errors in the Debtor's petition papers were brought to the Trustee's

EX PARTE APPLICATION TO VACATE FINAL DECREE,
AND DECLARATION IN SUPPORT THEREOF - Page 1

attention.

4. On January 13, 2022, the Debtor again amended its Statement of Financial Affairs (Docket No. 10). This amendment included the following changes:

    a. 2019 income was added back into item 1.

    b. Payments to Murphy, Pearson within the preference period were added to item 3, and payments to Steven Hanson within the insider preference period were added to item 4 and item 30.

    c. Transfers to the Debtor's members in September 2020 aggregating over $1,500,000 were added to item 13.

5. The Trustee had not reviewed the January 13 amended Statement of Financial Affairs when he prepared his report of no distribution on January 14. Due to a technical glitch, the Trustee's report of no distribution was not docketed until January 18, the next Court date after January 14.

6. On January 18, 2022, the clerk entered the Court's Final Decree (Docket No. 11) discharging the Trustee and closing the Debtor's case.

7. Based upon the information contained in the January 13 amended Statement of Financial Affairs, which the Trustee did not review before he submitted his report of no distribution, the Trustee believes the estate may have some viable avoidance claims.

8. Federal Rule of Civil Procedure 60(b), incorporated into this case pursuant to Federal Rule of Bankruptcy Procedure 9024, authorizes the Court to vacate the order closing a bankruptcy case when the order was issued pursuant to mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, or any other reason that justifies relief. *See, e.g., LPP Mortgage, Ltd. v. Brinley,* 547 F.3d 643, 649-51 (6th Cir. 2008).

WHEREFORE, the Trustee prays for an order:

1. Vacating the January 18, 2022, Final Decree, thereby canceling the discharge of the Trustee and the closure of the Debtor's case; and

2. Granting the Applicant such other and further relief, at law or in equity, to

**EX PARTE APPLICATION TO VACATE FINAL DECREE,
AND DECLARATION IN SUPPORT THEREOF - Page 2**

which he may be justly entitled.

Dated: January 25, 2022         BLUESTONE FAIRCLOTH & OLSON, LLP

By: */S/ Steven M. Olson*
Steven M. Olson
ATTORNEY FOR TRUSTEE

## DECLARATION OF TIMOTHY W. HOFFMAN

I, Timothy W. Hoffman, declare:

1. I am over eighteen (18) years old, have personal knowledge of, and am competent to testify as to the matters set forth hereinbelow.

2. I was appointed chapter 7 trustee for the estate of Westmore Properties, LLC, in the above-captioned case.

3. I have reviewed the factual assertions set forth hereinabove in my Ex Parte Application to Vacate Final Decree. The factual assertions are true and correct, to the best of my information and knowledge.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

DATED: January 25, 2022         */S/ Timothy W. Hoffman, Trustee*
By:
Timothy W. Hoffman, Trustee

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Bluestone Faircloth & Olson, LLP, 1825 4th Street, Santa Rosa, CA 95404.

On January 25, 2022, I served the within

**EX PARTE APPLICATION TO VACATE FINAL DECREE,
AND DECLARATION IN SUPPORT THEREOF**

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California, following ordinary business practices. Because I did so after the end of the business day, the envelope will be picked up by the U.S. Postal Service on January 26, 2022, pursuant to the regular practices of Bluestone Faircloth & Olson, LLP.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

/_/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on January 25, 2022.

/S/ Steven M. Olson
By: _____
Steven M. Olson

# SERVICE LIST

**U.S. Trustee**
Timothy S. Laffredi
Assistant United States Trustee
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

**Debtor**
Westmore Properties, LLC
P.O. Box 509
San Geronimo, CA 94963-0509