| | |
|---|---|
| Brian S. Healy, State Bar No. 112371<br>TIERNEY, WATSON & HEALY<br>A Professional Corporation<br>48 Gold Street, Fl. 1<br>San Francisco, CA 94133<br>Telephone: (415) 974-1900<br>Facsimile (415) 974-6433<br>Email: brian@tw2law.com<br><br>ATTORNEYS FOR Gregory Cox | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re:<br><br>Westmore Properties LLC,<br><br>               Debtor. | Case No. 21-30770<br><br>CHAPTER 7<br><br>**AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO NON-DEBTORS**<br>(PER AGREEMENT OF THE PARTIES)<br><br>Date: August 11, 2022<br>Time: 1:00 p.m.<br>Location:<br><br>   United States Bankruptcy Court<br>   450 Golden Gate Avenue, 16th Floor,<br>   Courtroom 19, San Francisco, CA[1]<br><br>MRS No.: TWH-001 |

To: Debtor, Chapter 7 Trustee, All Parties, the U.S. Trustee, and their attorneys herein:

**NOTICE IS HEREBY GIVEN**, that on August 11, 2022 at 1:00 p.m. before the Honorable M. Elaine Hammond, Judge of the United States Bankruptcy Court, via Video/Teleconference on Zoom or as indicated in Judge Hammond's practices and procedures, interested party Gregory Cox ("Movant") will move the court, pursuant to 11 U.S.C. 362 and 105, for an order for relief from stay as to non-debtors, specifically non-debtors Marilyn Blaustein, Carol Helzberg, and Steve Hanson

---

[1] Please see Judge Hammond's practices and procedures at www.canb.uscourts.gov for information on how to attend via video or teleconference.

(generally 'non-debtors') and the pending civil action entitled Gregory Cox v. Westmore Properties, LLC, Marin County Superior Court Case No. CIV 2003170 ("State Court Action") ("Motion").

**This is a continuation of the hearing date of August 4, 2022 as a result of an agreement amongst counsel for the Chapter 7 trustee's counsel, counsel for the non-debtors, and counsel for Greg Cox, the moving party.**

This Motion is made on the grounds that the automatic stay does not extend to non-debtors or the State Court Action as against these non-debtors.

This Motion is based upon this Notice, the attached Motion with related Memorandum of Points and Authorities, the Declaration of Brian S. Healy and the exhibits thereto, and the Relief from Stay Cover Sheet, all of which are filed and served concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that the hearing will take place by video or teleconference or as indicated in Judge Hammond's posted practices and procedures and calendar for the hearing at www.canb.uscourts.gov for information on how to attend via video or teleconference.

**PLEASE TAKE FURTHER NOTICE** that failure to appear at the hearing on the Motion may result in the Court granting Movant relief from stay as requested in the Motion.

**PLEASE ALSO** SEE Bankruptcy Local Rule 4001-1 for rules relating to Motions For Relief from Stay **(www.canb.uscourts.gov).**

Dated: August 3, 2022

                                      TIERNEY WATSON & HEALY, P.C.

                                      */s/ Brian S. Healy*
                                      Brian S. Healy