Steven M. Olson, Esq. (SB No. 146120)
Bluestone Faircloth & Olson, LLP
1825 4th Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Facsimile: (707) 526-0347
Email: steve@bfolegal.com

Attorneys for Timothy W. Hoffman, Chapter 7 Trustee



**Entered on Docket**
**December 09, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: December 9, 2022**

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

WESTMORE PROPERTIES, LLC,

    Debtor.

Case No. 21-30770-HLB

Chapter 7

Date:    December 6, 2022
Time:   10:00 a.m.
Place:   Zoom Video Conference
Judge:  Hon. Hannah L. Blumenstiel

### ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH MARILYN BLAUSTEIN AND CAROL HELZBERG

On November 14, 2022, Timothy W. Hoffman, as chapter 7 trustee (the "Trustee") of WESTMORE PROPERTIES, LLC (the "Debtor"), filed the *Motion To Compromise Controversy With Marilyn Blaustein, Carol Helzberg, And Steve Hanson, And Memorandum Of Points And Authorities In Support Thereof* (the "Motion," docket no. 40), together with the Trustee's declaration (the "Declaration," docket no. 41) and notice of hearing in support of the Motion (docket no. 42). Attached to the Declaration as Exhibit 1 is a *Compromise and Settlement Agreement* entered into by the Trustee, Carol Helzberg, Marilyn Blaustein and Steve Hanson (the "Settlement Agreement").

On November 29, 2022, creditor Gregory Cox filed the *Opposition to Trustee's Motion to Compromise Controversy* (the "Opposition," docket no. 44). On December 1, 2022, the Trustee filed the *Reply Memorandum Of Points And Authorities In Support Of Motion To Compromise Controversy With Marilyn Blaustein, Carol Helzberg, And Steve Hanson* (the "Reply," docket no. 45), together with the Trustee's declaration in support of the Reply (docket no. 46). On December 1, 2022, parties-in-interest Carol Helzberg, Marilyn Blaustein and Steven Hanson (collectively, the "Individual Defendants"), filed the *Statement Of Carol Helzberg, Marilyn Blaustein And Steve Hanson Confirming Waiver Of Condition In*

-1-

ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE
CONTROVERSY WITH MARILYN BLAUSTEIN AND CAROL HELZBERG
12-7-22 PROPOSED ORDER GRANTING MOTION TO COMPROMISE (002).DOC 20169

Case: 21-30770   Doc# 49   Filed: 12/09/22   Entered: 12/09/22 14:36:53   Page 1 of 4

*Compromise And Settlement Agreement With Chapter 7 Trustee* (the "Statement," docket no. 47).

On December 6, 2022, this Court conducted a hearing of the Motion by Zoom video conference. Steven M. Olson, Esq., appeared for the Trustee; Merle C. Meyers, Esq. and Kathy Quon Bryant, Esq. appeared for the Individual Defendants; and Brian S. Healy, Esq. appeared for Mr. Cox.

During the course of the hearing, counsel for the Individual Defendants confirmed again that the Individual Defendants have waived the condition set forth in paragraph no. 13(b) of the Settlement Agreement.

Based upon the Court's review and consideration of the Motion and all other pleadings filed in relation thereto, and all other arguments presented at the hearing, following due and adequate notice, and for good cause shown and for the reasons set forth orally by the Court during said hearing,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is hereby GRANTED as set forth herein.

2. The Settlement Agreement, as modified pursuant to paragraph no. 3 below, is hereby APPROVED under the provisions of Rule 9019(a) of the Federal Rules of Bankruptcy Procedure.

3. With the approval of all parties to the Settlement Agreement, as confirmed by signatures of the parties' counsel below, the Settlement Agreement is hereby deemed modified in the following respects: (a) Steve Hanson is eliminated as a party to the agreement; and (b) the term "Subject Individuals" is redefined to mean, collectively, Carol Helzberg and Marilyn Blaustein, only.

4. The continued hearing of the Motion, scheduled for December 15, 2022 at 10:00 a.m. is hereby vacated.

** END OF ORDER **

Approved as to form and substance:

BLUESTONE FAIRCLOTH & OLSON, LLP

    /s/ *Steven M. Olson*
Steven M. Olson, Esq.
Attorneys for Timothy W. Hoffman,
Chapter 7 Trustee

-2-
ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE
CONTROVERSY WITH MARILYN BLAUSTEIN AND CAROL HELZBERG
12-7-22 PROPOSED ORDER GRANTING MOTION TO COMPROMISE (002).DOC 20169

Case: 21-30770   Doc# 49   Filed: 12/09/22   Entered: 12/09/22 14:36:53   Page 2 of 4

MEYERS LAW GROUP, P.C.

/s/ *Merle C. Meyers*

Merle C. Meyers, Esq.
Attorneys for Carol Helzberg, Marilyn Blaustein,
and Steve Hanson, Parties-in-Interest

Approved as to form:

TIERNEY, WATSON & HEALY, PC


/S/ *Brian S. Healy*

Brian S. Healy

Attorneys for Gregory Cox

-3-
ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE
CONTROVERSY WITH MARILYN BLAUSTEIN, CAROL HELZBERG
12-7-22 PROPOSED ORDER GRANTING MOTION TO COMPROMISE (002).DOC 20169

Case: 21-30770  Doc# 49  Filed: 12/09/22  Entered: 12/09/22 14:36:53  Page 3 of 4

# COURT SERVICE LIST

(ECF Participants Only)